■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY WEBB, Appellant. [612 NYS2d 936] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Lewis, J.), rendered December 22, 1992, convicting him of murder in the second degree, upon a jury verdict, and imposed sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the Supreme Court properly denied his request for a missing witness charge as the witness was essentially a stranger to both parties, equally available to both parties, and the evidence did not clearly demonstrate that he was under the control of one party and hostile to another *(see, People v Swinton,* 200 AD2d 892; *People v Reyes,* 191 AD2d 522; *People v Lammers,* 184 AD2d 733, 734; *People v Timoney,* 141 AD2d 876).

The defendant's *Molineux* claim is not preserved for appellate review *(see,* CPL 470.05 [2]; *People v Jordan,* 193 AD2d 890; *People v Washington,* 169 AD2d 795; *People v Quinones,* 166 AD2d 330) and, in any event, is without merit because the now-challenged testimony was relevant to motive and intent *(see, People v Kaufman,* 156 AD2d 718, 719; *People v Stephens,* 119 AD2d 777, 778), and to complete the narrative of events leading up to the murder *(see, People v Vails,* 43 NY2d 364, 368; *People v McDowell,* 191 AD2d 515; *People v DeLeon,* 177 AD2d 641, 642).

We have examined the defendant's remaining contention and find it to be without merit *(see, People v Suitte,* 90 AD2d 80). Thompson, J. P., Balletta, Pizzuto and Joy, JJ., concur.